IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGSLY COMPRESSION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 09-00316 |
| MOUNTAIN V OIL & GAS, INC., | ) |
| Defendant. | ) |

**ORDER**

AND NOW, this 24 day of October, 2009, IT IS HEREBY ORDERED that plaintiff's motion to compel [Doc. No. 19] is DENIED.

BY THE COURT

Gary L. Lancaster
United States District Judge

cc: All Counsel of Record