IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGSLY COMPRESSION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-316 |
| ) | |
| MOUNTAIN V OIL & GAS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

AND NOW, this 3rd day of November, 2009, upon consideration of defendant's Motion for Attorney Fees [Doc. No. 27], IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

Gary L. Lancaster
Chief United States District Judge

cc: All Counsel of Record