# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KINGSLY COMPRESSION, INC., | ) | |
| --- | --- | --- |
| Plaintiff, | ) | Civil Action No. 2:09-CV-316 |
| v. | ) | Judge Gary L. Lancaster |
| MOUNTAIN V OIL & GAS, INC., | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 20th day of Jan, 2011, upon consideration of Defendant's Motion for Stay of Execution and Approval of Supersedeas Bond, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is GRANTED as follows:

1. Defendant shall file a supersedes bond in the forum substantially similar to the form attached to the Motion as Exhibit A in the amount of $1,700,642.85; and

2. Execution is hereby stayed until the conclusion of the Defendant's to the United States Court of Appeals for the Third Circuit. Until the appeal is resolved, Plaintiff shall not take any action in an attempt to execute on the judgment in this action.

BY THE COURT:

_____
Gary L. Lancaster, C.J.