IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KINGSLY COMPRESSION, INC., | ) |
| Plaintiff, | ) Civil Action No. 2:09-CV-316 |
| v. | ) Judge Gary L. Lancaster |
| MOUNTAIN V OIL & GAS, INC., | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to their confidential settlement agreement, and in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims and counterclaims in this action are hereby dismissed with prejudice (and without costs) as to all parties.

**MORELLA & ASSOCIATES, A PROFESSIONAL CORPORATION**

_____
Alan E. Cech
Pa. I.D. No. 32504

706 Rochester Road
Pittsburgh, PA 15237
(412)369-9696

Counsel for Plaintiff, **Kingsly Compression, Inc.**

**BUCHANAN INGERSOLL & ROONEY PC**

_____
Gregory J. Krock
Pa. I.D. No. 78308

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
(412) 562-3983

Counsel for Defendant, **Mountain V Oil & Gas, Inc.**

SO ORDERED, this 14th day of March, 2011.

_____. C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge